IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER DAWN GODIJOHN,<br><br>Defendant. | CR 21-23-BLG-SPW-2<br><br><br><br>ORDER |

The United States has filed a Motion to Dismiss Indictment as to this Defendant (Doc. 40) and requested the release of the defendant from custody. For good cause shown,

**IT IS HEREBY ORDERED** that the indictment for Defendant, Amber Dawn Godijohn is **DISMISSED.**

**IT IS FURTHER ORDERED** that the defendant shall immediately be released from the custody of the United States Marshals Service.

**IT IS FURTHER ORDERED** that the trial set for Monday, November 15, 2021 at 9:00 a.m. is **VACATED.**

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 20th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge